# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

July 18, 2022

To:  Gary T. Bell
     UNITED STATES DISTRICT COURT
     Northern District of Indiana
     South Bend, IN 46601-0000

| | |
|---|---|
| | DEANN GRAHAM, <br>          Plaintiff - Appellant |
| No. 21-3133 | v. |
| | COCA-COLA CONSOLIDATED, <br>          Defendant - Appellee |

**Originating Case Information:**

District Court No: 3:19-cv-00386-DRL
Northern District of Indiana, South Bend Division
District Judge Damon R. Leichty

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**     (form ID: **135**)