USDC IN/ND case 3:19-cv-00386-DRL    document 151-1    filed 07/18/22    page 1 of 1

Case: 21-3133    Document: 00714036285    Filed: 07/18/2022    Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 24, 2022

*Before*

DIANE S. SYKES, *Chief Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

|  | DEANN GRAHAM,<br>Plaintiff - Appellant |
|---|---|
| No. 21-3133 | v. |
|  | COCA-COLA CONSOLIDATED,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00386-DRL<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)